An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

HAMILTON GILBERT, INDIVIDUALLY AND AS CO-SPECIAL ADMINISTRATOR OF THE ESTATE OF JEFFRY HARRIS GILBERT; JARED SHAFER AS CO-SPECIAL ADMINISTRATOR OF THE ESTATE OF JEFFRY HARRIS GILBERT; MARY JANE GILBERT, INDIVIDUALLY; AND RAMSEY GILBERT, INDIVIDUALLY,
Appellants,
vs.
VICTOR E. GRIGORIEV, M.D. A/K/A VICTOR EMMANUIL GRIGORYEV GRIGG, M.D., AN INDIVIDUAL; AND LAS VEGAS UROLOGY, LLP, A NEVADA LIMITED LIABILITY PARTNERSHIP D/B/A LAS VEGAS UROLOGY,
Respondents.

No. 64106

**FILED**

JUN 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to appellants' motion for voluntary dismissal, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Harriet

cc: Hon. Ronald J. Israel, District Judge
Drummond & Nelson
Hofland & Tomsheck
Mandelbaum, Ellerton & McBride
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-19504